UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KARIBIAN,

                Plaintiff,

                              CIVIL CASE NO. 06-14989

v.

VILLAGE GREEN MANAGEMENT         HONORABLE PAUL V. GADOLA
COMPANY, *et al.*,                         U.S. DISTRICT COURT

                Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## THE REPORT AND RECOMMENDATION

This is a Family Medical Leave Act cause of action, pursuant to 29 U.S.C. § 2601, *et seq.*, in which Plaintiff has named Village Green Management Company, Village Green Communications, Inc., Village Green Residential Properties, L.L.C., and Johnathan Holtzman as defendants. Before the Court is Defendants' motion for summary judgment, filed on July 25, 2007, and the Report and Recommendation of Magistrate Judge Steven D. Pepe, filed on December 28, 2007. The magistrate judge's report and recommendation recommended that Defendants' motion for summary judgment be granted. The magistrate judge also notified the parties that any objections must be filed within ten days of service. No party has filed objections to the report and recommendations.

The Court's standard of review for a magistrate judge's report and recommendation depends upon whether a party files objections. If a party does not object to the report and recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear

that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because neither party filed timely objections to Magistrate Judge Pepe's report and recommendation, *see* 28 U.S.C. § 636(B)(1)(c); Fed. R. Civ. P. 6(e), this Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry#19] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment [docket entry#12] is granted.

**SO ORDERED.**

Dated: January 23, 2008            s/Paul V. Gadola
                                             HONORABLE PAUL V. GADOLA
                                             UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on January 23, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
     Matthew S. Disbrow; Charles Gottlieb; Robert J. Muchnick, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: _____.

                                           s/Ruth A. Brissaud
                                           Ruth A. Brissaud, Case Manager
                                           (810) 341-7845